838

No. 353. LEWIS *v.* CITY OF GRAND RAPIDS ET AL. C. A. 6th Cir. Certiorari denied. Petitioner *pro se.* *Wendell A. Miles* for respondents.

No. 357. SMITH ET AL. *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied. *Carl Rachlin* and *Albert X. Bader* for petitioners.

No. 361. NINNEMAN *v.* NEBRASKA. Sup. Ct. Neb. Certiorari denied. *Frederick H. Wagener* for petitioner.

No. 362. SIMON *v.* LANDRY ET AL. C. A. 5th Cir. Certiorari denied. *J. Minos Simon,* petitioner, *pro se.*

No. 364. WOLFE ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. D. C. Cir. Certiorari denied. *E. E. Wolfe, Jr.,* for petitioners. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Harold C. Wilkenfeld* for respondent.

No. 365. AMBROSE DISTRIBUTING Co. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Eli A. Weston* for petitioner. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli, Norton J. Come* and *Elliott Moore* for respondent.

No. 369. GODEL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *E. Waller Dudley* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Philip R. Monahan* for the United States.